# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# NO. 3:04CV374-H

| | |
|---|---|
| ALVIS COATINGS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **ORDER OF DISMISSAL** |
| ) | **FOR FAILURE TO PROSECUTE** |
| NICHOLAS FICORELLI and JOHN ) | **FED. R. CIV. P. 4(m)** |
| DOES ONE THROUGH TEN, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**THIS MATTER** is before the Court on its own Motion and it appears that the Plaintiff filed its Complaint on July 30, 2004; that the Plaintiff filed an Amended Complaint on March 22, 2005; that a Summons (the only Summons issued in this matter) was issued on March 24, 2005; that no return of service or waiver of service has been filed; that on September 12, 2005, the Clerk mailed the Plaintiff a notice stating that this action would be dismissed unless it filed a return of service or took some other action to extend the time for service within 20 days; and that the Plaintiff has not responded to the notice, nor has it filed a return of service or otherwise taken any other action in prosecution of this action.

**NOW THEREFORE, IT IS ORDERED** that pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, this matter is **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED**.

Signed: February 28, 2006

Graham C. Mullen
United States District Judge